IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00164-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON TAJARE JACKSON,

    Defendant.

---

**ORDER DIRECTING GOVERNMENT RESPONSE AND
SETTING EVIDENTIARY HEARING**

---

    This matter is before the Court on Defendant's Motion to Suppress Evidence Seized During an Illegal Stop (Dkt. # 22).  The government is DIRECTED to respond to this motion no later than **5:00 p.m. January 20, 2006.**  It is

    FURTHER ORDERED that a hearing on this evidentiary motion is SET for **January 25, 2006 at 1:15 p.m.**

    DATED: January 10, 2006

                                                  BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge