**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Phillip S. Figa**

Civil Action No. 05-cr-00164-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON TAJARE JACKSON,

    Defendant.
_____

**ORDER REGARDING CUSTODY OF EXHIBITS**
_____

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED February 8, 2006.

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge