IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00164-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEON TAJARE JACKSON,

      Defendant.

---

## ORDER TO RESET SENTENCING HEARING

---

     This matter is before the Court *sua sponte*.  The sentencing in this matter

currently set for May 8, 2006 is RESET to **May 30, 2006 at 9:00 a.m.**

     DATED: April 5, 2006

                           BY THE COURT:


                           *s/ Phillip S. Figa*
                          _____
                           Phillip S. Figa
                           United States District Judge